IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

NATIONWIDE AFFINITY    )
INSURANCE COMPANY    )
Plaintiff,    )
    )
        v.    )    Case No. 13-001168-CV-W-HFS
    )
SAMUEL J. VOSS, et al.,    )
    )
    )
Defendants.    )

**ORDER**

Plaintiff has filed a motion to dismiss defendants, Timothy J. Caniglia and

Nardi's, Inc. d/b/a the Granfalloon Restaurant & Bar. Plaintiff states that these defendants

have settled the claims asserted against them, and dismissal is without prejudice.

Accordingly, it is hereby

ORDERED that plaintiff's motion to dismiss defendants Caniglia and Nardi's

(ECF doc. 25) is GRANTED, and these defendants are DISMISSED from this action

without prejudice. The matter will remain pending as to the remaining defendants.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June  _20_ , 2014

Kansas City, Missouri